IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
MAR - 6 2014
PATRICK KEANEY
Clerk, U.S. District Court
By: _____ Deputy Clerk

LAVERN BERRYHILL, )
)
    Petitioner, )
)
v. ) No. CIV 12-400-RAW-KEW
)
ANITA TRAMMELL, Warden, )
)
    Respondent. )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus as procedurally barred. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases. *See also Montez v. McKinna*, 208 F.3d 862, 867 (10th Cir. 2000) (holding that "a state prisoner must obtain a COA to appeal the denial of a habeas petition, whether such petition was filed pursuant to § 2254 or § 2241").

**IT IS SO ORDERED** this 6th day of March 2013.

Ronald A. White
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**